UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                             :         CASE NO 05-12212
                                                             CHAPTER 13
TIMOTHY W. MILLER
LINDA MILLER                                       :         JUDGE BURTON PERLMAN
    DEBTORS

                                                   :         NOTICE OF TRANSMITTAL OF
                                                             UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>                <u>Amount</u>
 917307                    $131.95

<u>Creditor(s)</u>
U.S. Bank
4801 Frederica Street
Owensboro, KY 42304-0005


                                                               Respectfully submitted,

                                      /s/    Margaret A. Burks, Esq.
                                               Margaret A. Burks, Esq.
                                               Chapter 13 Trustee
                                               Attorney No. OH 0030377

                                               Francis J. DiCesare, Esq.
                                               Staff Attorney
                                               Attorney No. OH 0038798

                                               Karolina F. Perr, Esq.
                                               Staff Attorney
                                               Attorney No. OH 0066193

                                               600 Vine Street, Suite 2200
                                               Cincinnati, OH 45202
                                               (513) 621-4488
                                               (513) 621 2643 (Facsimile)
                                               mburks@cinn13.org - Correspondence only
                                               fdicesare@cinn13.org
                                               kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, November 17, 2010.

                                                      /s/    Margaret A. Burks, Esq.
                                                                 Margaret A. Burks, Esq.

| | |
|---|---|
| U.S. Bank<br>4801 Frederica Street<br>Owensboro, KY 42304-0005 | Debtor(s) Counsel<br>DEARFIELD, KRUER & CO., LLC<br>800 GALLIA STREET<br>SUITE 28<br>PORTSMOUTH, OH  45662 |
| Debtor(s)<br>TIMOTHY W. MILLER<br>LINDA MILLER<br>1908 BAIRD AVENUE<br>PORTSMOUTH, OH  45662 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br>(service waived) |